UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. GALLOT,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 16-04260 BLF (PR)<br><br>**ORDER STRIKING COMPLAINT; DIRECTING PLAINTIFF TO FILE AS A NEW ACTION**<br><br><br>(Docket No. 28) |

Plaintiff, proceeding *pro se*, initiated this action on July 28, 2016, by filing a letter stating that he was "illegally" in jail and wanted to pursue a civil rights lawsuit.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a blank copy of the court's form complaint, as well as a notice that he did not submit the proper *In Forma Pauperis* ("IFP") Application and necessary supporting documentation. Dkt. Nos. 3 and 4. Thereafter, Plaintiff was given several extensions of time to file a complete IFP application but failed to do so. Dkt. Nos. 13, 16. The Court dismissed the case on January 25, 2017, for Plaintiff's failure to comply, and judgment was entered the same day. Dkt. Nos. 24, 25.

On August 17, 2020, Plaintiff filed a complaint into this action. Dkt. No. 28. It has been well over three years since this matter was closed. There is no basis for entertaining a

---

[1] The matter was reassigned to this Court on September 1, 2016, when Plaintiff did not file consent to magistrate jurisdiction. (Docket No. 7.)

new filing in this action, and Plaintiff provides none.  Accordingly, the complaint shall be STRICKEN.  **No further filings will be accepted in this matter.**

If Plaintiff wishes to pursue the claims in this recently filed complaint, he must file it as a new action and pay the filing fees.

**IT IS SO ORDERED.**

**Dated:  __August 21, 2020_____**

BETH LABSON FREEMAN
United States District Judge

Order Striking Compl.; Directing Pl. to File as New Action
PRO-SE\BLF\CR.16\04260Gallot_new.compl

2